IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO,<br><br>    Plaintiff,<br><br> vs.<br><br>FACILITY 4A BUILDING 8 STAFF, et al.,<br><br>    Defendants. | No. C 12-4292 LHK (PR)<br><br>ORDER OF TRANSFER |

     Plaintiff, a state prisoner proceeding *pro se*, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983. The acts complained of appear to have occurred in Tehachapi, and Defendants are located in Tehachapi, which lies within the venue of the Eastern District of California. Therefore, venue properly lies in the Eastern District. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

     IT IS SO ORDERED.

DATED:   10/9/12

                                                      LUCY H. KOH<br>
                                                      United States District Judge

Order of Transfer<br>
G:\PRO-SE\SJ.LHK\CR.12\Maldonado292trans.wpd