# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO, | CASE NO. 1:12-cv-01670-SAB (PC) |
| Plaintiff, | ORDER ADDRESSING PLAINTIFF'S MOTION FOR CLARIFICATION AND DISREGARDING PLAINTIFF'S NOTICES TO THE COURT |
| v. | |
| COMMITTEE COUNSEL WASCO R/C, et al., | (ECF Nos. 11, 12, 13) |
| Defendants. | ORDER DIRECTING CLERK OF THE COURT TO SEND PLAINTIFF A COPY OF THE DOCKET |

Plaintiff Israel Maldonado is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on August 15, 2012. (ECF No. 1.) On November 1, 2012, November 26, 2012, and December 13, 2012, Plaintiff filed notices to the Court. (ECF No. 11, 12, 13.)

In Plaintiff's notice filed November 1, 2012, he appears to be requesting information on whether a letter he wrote was received by the Court. The Court shall direct the Clerk's Office to send Plaintiff a copy of the docket in this action so he determine if the correspondence he is referencing has been received.

In Plaintiff's notice to the Court filed on November 26, 2012, he appears to be referencing several different actions that he has filed, and the Court is unable to determine what is being requested in reference to this action. To the extent that Plaintiff mentions a request for a video, as Plaintiff was notified via the first informational order, an order opening discovery is issued once an answer is filed. (First Informational Order ¶ 8, ECF No. 8.) No discovery may be conducted,

without permission from the Court, until an answer is filed and the Court issues an order opening discovery.  Once Defendants have filed an answer a discovery and scheduling order will be issued opening discovery in this action.

Plaintiff's notice, filed December 13, 2012, is unsigned.  Unsigned documents cannot be considered by the Court, and Plaintiff's notice shall be disregarded on that ground.  Fed. R. Civ. P. 11(a); Local Rule 131(b).

Further, Plaintiff is advised that if he wishes the court to take any action, Plaintiff must file a motion requesting the desired relief.  Any motion filed must clearly state that it is a motion and specify the relief that is requested.  The Court will not consider filings that appear to be informational and any further such notices shall be stricken from the record.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send Plaintiff a copy of the docket in this action; and
2. Plaintiff's notices, filed November 1, 2012, November 26, 2012, and December 13, 2012, are DISREGARDED.

IT IS SO ORDERED.

Dated:   February 21, 2013

UNITED STATES MAGISTRATE JUDGE